# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

M.M. Silta, Inc.,                                    Civil No. 06-3268 (RHK/RLE)

      Plaintiff,                        **DISQUALIFICATION AND
                                                     <u>ORDER FOR REASSIGNMENT</u>**

vs.

Cleveland-Cliffs, Inc., Cliffs Mining Company,
Cliffs Erie, L.L.C., John Does Number 1
through 5,

      Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: August 10, 2006

                                                    <u>s/Richard H. Kyle</u>
                                                    RICHARD H. KYLE
                                                    United States District Judge

Dockets.Justia.com