UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| M.M. Silta, Inc., <br> Plaintiff, <br><br> vs. <br><br> Cleveland Cliffs, Inc., Cliffs Mining Company, Cliffs Erie, L.L.C., and John Does Number 1 through 5, <br> Defendants. | Court File No.  06-CV-3268 (MJD/RLE) <br><br><br> **ORDER** |

---

This matter is before the Court upon Defendant Cliffs Erie L.L.C.'s motion for an Order staying execution of, as well as any proceedings to enforce, the Amended Judgment entered in this action by the Court on June 24, 2008, pending the outcome of defendant's appeal, in accordance with Federal Rule of Civil Procedure 62(d).

IT IS HEREBY ORDERED that:

1. Defendant Cliffs Erie L.L.C.'s motion [Doc No. 136] is GRANTED.

2. Effective upon the filing of the supersedeas bond as described in Defendant Cliffs Erie L.L.C.'s motion, execution of, as well as any proceedings to enforce, the Amended Judgment entered in this action by the Court on June 24, 2008, shall be stayed.

Dated: August 6, 2008

                                                       s / Michael J. Davis
                                                       Michael J. Davis
                                                       Chief Judge
                                                       United States District Court